IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY BOCLAIR, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 10-978-SCW |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER WALKER, JR., DONALD HULICK, TINA BEARDAN MONROE, BRADLEY SADLER, KIM BUTLER, TOM MAUE, DARRELL WESTERMAN, DAN LIEFER and UNKNOWN PARTY, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER WALKER, JR.** and **KIM BUTLER** were dismissed with prejudice by and Order entered by Judge Michael J. Reagan on April 1, 2011 (Doc. 10).

Defendant **UNKNOWN PARTY** was dismissed without prejudice by an Order entered by Judge Michael J. Reagan on January 6, 2012 (Doc. 12).

Defendants **DONALD HULICK, BRADLEY SADLER, TOM MAUE**, and **DAN LIEFER** were granted summary judgment by an Order entered by Judge Michael J. Reagan on March 14, 2012 (Doc. 61).

Defendant **DARRELL WESTERMAN** was granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on September 4, 2012 (Doc. 86).

The remaining issues case before this court for jury trial. The issues have been tried and the jury has rendered a verdict in favor of Defendant **TINA BEARDAN MONROE** and against Plaintiff **STANLEY BOCLAIR** (Doc. 137).

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor

of Defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, ROGER WALKER, JR., DONALD HULICK, TINA BEARDAN MONROE, BRADLEY SADLER, KIM BUTLER, TOM MAUE, DARRELL WESTERMAN, DAN LIEFER** and **UNKNOWN PARTY** and a against Plaintiff **STANLEY BOCLAIR**.

Plaintiff shall take nothing from this action.

**DATED**: October 8, 2013

                                        **NANCY J. ROSENSTENGEL, CLERK**

                                        BY: <u>S/Angela Vehlewald</u>
                                                **Deputy Clerk**

**Approved by**     <u>s//Stephen C. Williams</u>
              **United States Magistrate Judge**
                  **Stephen C. Williams**